# Detailed History for Police Call #P130641096 As of 3/06/2013 07:20:19

Priority:1 Type:31 - Susp Pers/Vehs
Location:7116 MENAUL BL NE,ALB
LocCross:btwn MESILLA ST NE and ESPANOLA ST NE

| Created: | 03/05/2013 18:08:44 | PCAD25 | P4440 |
|---|---|---|---|
| Entered: | 03/05/2013 18:10:29 | PCAD25 | P4440 |
| Dispatch: | 03/05/2013 18:11:33 | PCAD33 | P4526 |
| Enroute: | 03/05/2013 18:16:02 | PCAD33 | P4526 |
| Onscene: | 03/05/2013 18:33:19 | PCAD33 | P4526 |
| Transprt: | 03/05/2013 20:00:49 | PCAD33 | P4526 |
| Complete: | 03/05/2013 20:02:08 | PCAD33 | P4526 |

PrimeUnit:S46 Dispo:42 Type:31 - Susp Pers/Vehs
Name:MO Phone:5056157950 RPaddr:
Agency:APD AreaC/Dist:EVT4(NE) Sector:421 Beat:421
Case #:AP130020344
XREF::Fire Call:#F130013493 Type:65A3 Agency:AFD  ☑ Detail

| Time | Action | Unit | Comment |
|---|---|---|---|
| 18:08:44 | CREATE | P4440/PCAD25 | Location:7116 MENAUL BL NE,ALB Type:31 Name:MO Phone:5056157950 AreaC/Dist:NE BEAT/F-BOX:421 TypeDesc:Susp Pers/Vehs LocCross:btwn MESILLA ST NE and ESPANOLA ST NE Priority:2 Response:20 Agency:APD LocType:S |
| 18:10:29 | ENTRY | | Priority:2-->1 Comment:MUSIC GO ROUND----CLR ADVING FEM JUST WALKED IN W/A BASS AND A BANJO THAT WAS REPORTED 27-6'D EARLIER TODAY,,,FEM IS ATTING TO SELL IT TO BUSN,, |
| 18:10:29 | -PREMIS | | Comment:CE, APS, PPR |
| 18:10:47 | SELECT | P4526/PCAD33 | |
| 18:11:12 | INFO | P4440/PCAD25 | Comment:FEM IS SFA,,,40'S,,,5'4,,,MEDIUM,,,BLK,,,GRY TANK TOP,,,UNK PANTS |
| 18:11:21 | HOLD | P4526/PCAD33 | |
| 18:11:33 | DISP | | S46 Operator:P2828 OperNames:FRICK,SEAN |
| 18:11:33 | -PRIU | | S46 |
| 18:12:05 | INFO | P4440/PCAD25 | Comment:CLR ADVING OWNERS OF MUSIC EQUIPMENT INFORMED CLR TODAY THAT THEY WERE 27-6'D |
| 18:12:17 | MISC | P4526/PCAD33 | S46 Comment:WILL ADV |
| 18:12:26 | INFO | P4440/PCAD25 | Comment:WILL INV CASE #AP130020002 |
| 18:13:40 | INFO | | RPaddr:8750100-STORE |
| 18:15:30 | INFO | | Comment:CLR ATTING TO FIND OUT IF FEM WENT 56 IN A VEH OR ON FOOT,,,POSS IN A VEH REF ITEMS ARE FAIRLY BIG |
| 18:16:02 | ENRTE | P4526/PCAD33 | S46 |
| 18:16:50 | INFO | P4440/PCAD25 | Comment:CLR ADVING A WHI INFI SUV IS 56 PARKED IN A SPACE BACKWARDS,,,UNK IF RELATED |
| 18:17:27 | INFO | | Comment:FEM WEARING GRY SHIRT,,,BLK SWEATS PANTS |
| 18:19:27 | PRMISE | P4526/PCAD33 | Location:7116 MENAUL BL NE,ALB PremType:CE |
| 18:19:34 | PRMISE | P4440/PCAD25 | Location:7116 MENAUL BL NE,ALB PremType:CE |
| 18:19:44 | PRIOR | | Location:7116 MENAUL BL NE,ALB PremType:PPR |
| 18:21:54 | INFO | | Comment:FEM IS STILL 56 IN SIDE OF BUSN,,,APPEARS TO BE GETTIN |

PLAINTIFF'S EXHIBIT 1

```
                              NERVOUS
18:23:23  INFO
18:23:23  SUBJ                S#:1 Race:S Sex:F Age:40'S Hght:5'4 Hair:BLK Bld:MEDIUM
18:23:23  MISC                Comment:GRY TANK TOP,,,BLK SWEAT PANTS
18:23:37  INFO
18:23:37  VEH                 V#:1 VehCol:WHI Make:INFI
18:26:29  INFO                Comment:FEM NOT IN BUSN ANY LONGER,,,CLR ATTING TO LOCATE FEM
18:26:44  HOLD    P2635/PCAD20
18:26:55  INFO    P4440/PCAD25 Comment:FEM IS COMING BACK INTO BUSN
18:27:17  HOLD    P2635/PCAD20
18:28:07  INFO    P4440/PCAD25 Comment:CLR ADVING 2 MALES IN A BLK PK TRUCK IN FRONT OF JEWELY STORE
                                ARE 56 AND BROUGHT STOLEN MERCHANDISE IN YESTERDAY
18:28:33  INFO                Comment:MALES BROUGHT IN ALMOST 800.00 WORTH OF MERCHANDISE YESTERDAY
18:29:05  INFO                Comment:FEM IS STILL INSIDE OF BUSN
18:30:09  INFO                Comment:CLR ADVING THEY HAVE LOCKED THE DOOR,,,FEM IS LOCKED
                                IN ,,,WILL BE DETAINE INSIDE OF BUSN,,,
18:30:23  INFO                Comment:CLR REQING 34'S ATTMP TO MAKE 25 W/MALES OUTSIDE
18:30:39  HOLD    P2635/PCAD20
18:31:21  BACKER  P4526/PCAD33 S44A UnitID:S46 Operator:P3268 OperNames:TOSTA,RONALD (JOEY)
18:31:36  INFO    P4440/PCAD25 Comment:BLK PK IS A 2D CHEV OR FORD PK,,TINTED WINDOWS
18:31:57  INFO                Comment:UNK IF SUBJS HAVE WEPS
18:32:47  INFO                Comment:SUBJS BROUGHT IN AMPLIFIERS AND BASS YESTERDAY
18:33:19  ONSCN   P4526/PCAD33 S46
18:33:40  *ONSCN  P3268/3268   S44A
18:34:21  MISC    P4526/PCAD33 S46 Comment:WB IN THE ALLEY
18:34:28  MISC                 S46 Comment:START ADDL UNIT
18:34:28  INFO    P4440/PCAD25 Comment:CLR ADVING MALES IN VEH RAN
18:34:33  BACKER  P4526/PCAD33 D413 UnitID:S46 Operator:P5381 P5330 OperNames:ALBERTI,RUSSELL
                                CALT,BRIAN
18:34:38  BACKER                D411 UnitID:D413 Operator:P5171 P4772 OperNames:HERNANDEZ,CARLOS
                                NILSSON-LUND,JENNIFER
18:34:45  MISC                 S46 Comment:HEADED BACK WB
18:34:49  MISC                 S46 Comment:UNTIS -3
18:34:58  MISC                 S46 Comment:HOLD FAR EAST CORNER
18:35:12  MISC                 S46 Comment:REQ K9
18:35:16  MISC                 S46 Comment:SUBJ IS ON THE ROOF
18:35:43  MISC                 S46 Comment:43 WEST OF THE 20 WITH A LADDER
18:35:49  BACKER                755 UnitID:S44A Operator:P809 OperNames:CORTESI,CRAIG
18:35:55  MISC                  755 Comment:UNK ON CHARGES
18:36:02  BACKER  P4649/PCAD31 756 UnitID:S44A Operator:P2400 OperNames:RONZONE,KENNETH
18:36:13  MISC    P4526/PCAD33 S44A Comment:WILL BE IN PLAIN CLOTHES GRN PNTS GRN JKT
18:36:23  MISC                 S46 Comment:SUBJ IS ARMED
18:36:34  MISC                 S46 Comment:SUBJ HEADED EAST SUBJ DOES HAVE GUN
18:36:46  MISC                 S46 Comment:ACROSS MENAUL WB
18:37:12  MISC                 S46 Comment:LOST VISULA LOUISANA
18:37:20  MISC                 S46 Comment:UNIT TO MESILLA
18:37:37  MISC                 S46 Comment:LOUS/PHOENIX
```

```
18:37:44  BACKER                    BK48 UnitID:756 Operator:P5249 OperNames:COCHRAN,TRAVIS
18:37:49  BACKER                    F412 UnitID:BK48 Operator:P5339 OperNames:GRIFFIN,DAVID
18:37:57  *BACKUP  P3927/3927       751 UnitID:755 Operator:P3927 OperNames:HERNANDEZ,MICHAEL
18:37:58  MISC     P4526/PCAD33     S46 Comment:LOU/MEN
18:38:05  CLOS                      D413 Location:LOUISIANA BL NE / MENAUL BL NE,ALB
18:38:16  *BACKUP  P5182/5182       752 UnitID:755 Operator:P5182 OperNames:BROKAW,DANIEL
18:38:22  MISC     P4526/PCAD33     S44A Comment:MESILLA
18:38:33  INFO     P4440/PCAD25     Comment:CLR HAD UNLOCKED FRONT DOOR TO BUSN...IS LOCKING FRONT DOOR
                                    AGAIN
18:38:44  MISC     P4526/PCAD33     S44A Comment:WMA 600 120 DRK GRY JKT BLU JNS DRK COLORED HAT ARMED
                                    WITH SIL HAND GUN
18:38:52  MISC                      S46 Comment:WHI SWEATSHIRT
18:39:10  INFO     P4440/PCAD25     Comment:CLR IS DISC REF HIS 21 IS ABOUT TO GO -7
18:39:17  MISC     P4526/PCAD33     S46 Comment:2 BLKS EAST AND WEST
18:39:25  MISC                      S46 Comment:AGG ASSUALT ON 34 CHARGES
18:39:27  MISC     P2635/PCAD20     Comment:*43/55 ADV'D OF CALL , ADV'D TO 21 WHEN SCENE SECURE , THEY
                                    WERE ADV'D FOOT CHASE
18:39:34  BACKER   P4526/PCAD33     F422 UnitID:S46 Operator:P5359 OperNames:BONET,JOHN
18:39:52  MISC                      S46 Comment:MENAUL BLK EB BLK WB
18:39:58  BACKER                    BK47 UnitID:S46 Operator:P3306 OperNames:SPRAGUE,DAVE
18:40:03  CLOS                      F422 Location:MENAUL BL NE / MESILLA ST NE,ALB
18:40:29  MISC                      D413 Comment:EB MENAUL FRMO LOUISAN
18:40:45  MISC                      S46 Comment:START UNIT FROM OTHER AREA COMMANDS
18:41:00  MISC                      S46 Comment:COME IN FROM SOUTH OF MENAUL OR EAST FROM PENNSYLVANIA
18:41:12  MISC                      S46 Comment:PHONEX MESIALL ON PHOENIX JUST EAST
18:41:32  MISC                      S46 Comment:CP WILL BE PHOENIX /MESILLA JUST EAST
18:41:43  MISC                      S44A Comment:MESLLIA/LOUSIANA MID BLK
18:41:53  INFO     P4440/PCAD25     Comment:CLR AT BUSN WONDERING IF HE SHOULD CONFISCATE FEMS
                                    PURSE,,,UNK IF WEPS IN FEMS PURSE
18:41:56  CHGLOC   P4526/PCAD33     BK48 Location:MID BLK MESILLA/LOUISIANA
18:41:57  *ENRTE   P5182/5182       752
18:42:02  *BACKUP  P3285/3285       715 UnitID:755 Operator:P3285 OperNames:MYERS,ROBERT (KEITH)
18:42:24  MISC     P4526/PCAD33     S44A Comment:NO VEH ALLOWED TO LEAVE 20 UNTIL CHECKED
18:42:37  MISC                      S44A Comment:UNIT TO SHERATON
18:42:51  BACKUP   P3293/PCAD35     D334 UnitID:BK47 Operator:P3403 OperNames:ACATA,MEL
18:42:51  BACKUP                    F333 UnitID:BK47 Operator:P5283 OperNames:SUAREZ,ANTHONY
18:42:54  CHGLOC   P4526/PCAD33     D334 Location:SHERATON
18:43:01  MISC                      D334 Comment:VEH DO NOT LEAVE WITHOUT BEING CHECKED
18:43:07  *ENRTE   P5283/5283       F333
18:43:14  MISC     P4526/PCAD33     S44A Comment:NO VEH ALLOWED INTO THE PERIMETER
18:43:28  *BACKUP  P1822/1822       403 UnitID:S44A Operator:P1822 OperNames:LOPEZ,TIM
18:43:34  *ONSCN                    403
18:43:55  MISC     P4526/PCAD33     S44A Comment:ADV SHERATON AND CHILIS ADV TO LOCK DOWN OR ADV OF SIT
18:44:21  MISC                      756 Comment:COME FROMTHE EAST TO THE WEST FROM PHOENIX TO MESILLA
18:44:28  CLOS                      F412 Location:MENAUL BL NE / CHAMA ST NE,ALB
18:44:49  MISC                      F412 Comment:SOUTH OF MENAUL
18:45:05  MISC                      S44A Comment:WB TRAFFIC AT MENAUL
```

```
18:45:11  CHGLOC                    F333 Location:WB TRAFFIC FROM MENAUL
18:45:15  ENRTE                     715 751
18:45:27  MISC                      S46 Comment:LOCK DOWN PER 750
18:45:38  MISC                      S46 Comment:21 SHERATON AND ADV THEM TO LOCKDOWN
18:45:41  *BACKUP  P5367/5367       753 UnitID:751 Operator:P5367 OperNames:MARQUEZ,NAVA
18:45:46  *ENRTE                    753
18:45:48  INFO     P4440/PCAD25     Comment:CLR ADVING 34 IS 56 SPEAKING TO OWNER OF BUSN
18:45:52  INFO                      Comment:DISC W/CLR
18:46:28  INFO
18:46:28  VEH                       V#:2 VehCol:BLK Style:PK DirOfTravel:CHEV OR FORD W/TINTED WINDOWS
18:46:30  NOMORE
18:46:56  *BACKUP  P3895/3895       723 UnitID:755 Operator:P3895 OperNames:SCHROEDER,CHRISTOPHER
18:46:59  *ENRTE                    723
18:47:17  BACKER   P4526/PCAD33     750 UnitID:756 Operator:P2758 OperNames:BROWN,ERIC
18:47:19  BACKER                    AIR1 UnitID:750
18:47:38  *ONSCN   P3403/3403       D334
18:47:42  MISC     P4526/PCAD33     D334 Comment:WILL LOCKDOWN SHERATON
18:48:03  *BACKUP  P3833/3833       724 UnitID:755 Operator:P3833 OperNames:SAAVEDRA,JASON
18:48:09  CLOS     P4526/PCAD33     S44A Location:PHOENIX AV NE / MESILLA ST NE,ALB
18:48:55  MISC                      AIR1 Comment:ENRT FROM DOUBLE EAGLE
18:48:56  ENRTE                     724
18:49:12  MISC                      S46 Comment:S46 WILL BE IC
18:49:38  MISC     P4148/PCAD30     Comment:SHERATON -4 TO LOCK DOWN AND 34S ENRT
18:49:42  *ONSCN   P5283/5283       F333
18:49:54  MISC     P3121/PCAD21     Comment:ON HOLD WITH CHILI'S
18:50:50  *BACKUP  P5035/5035       721 UnitID:715 Operator:P5035 OperNames:ARIAS,STEVEN
18:50:53  *ENRTE                    721
18:51:15  *BACKUP  P3923/3923       758 UnitID:750 Operator:P3923 OperNames:ENDZEL,ERIC
18:51:24  MISC     P4526/PCAD33     S46 Comment:STOP VEH NB FROM CHAMA
18:51:45  MISC     P3121/PCAD21     Comment:CHILI'S 10-4 TO LOCK DWN THE BUSN-- SPOKE TO OTZE MIR MGR,,
                                    PERSONAL CELL 21 315-0794
18:51:47  MISC     P4526/PCAD33     S44A Comment:NO VEH INTO CENTER PERIMETER IF VEH LEAVING THEY NEED TO
                                    BE CHECKED
18:52:19  INV      P3121/PCAD21     S46 InvType:INVP Priority:1 Name:MIR, OTZE Comment:CHILI'S MGR,, HIS
                                    21: 315-0794
18:52:25  MISC     P4526/PCAD33     S46 Comment:NEG ADDL 49 ON SUBJ FEM IS BEING UNCOPPERATIVE
18:52:34  MISC                      750 Comment:STOP 24 AT CHAMA
18:52:54  CLOS                      F333 Location:WB 24 MENAUL AT ESPANOLA
18:53:12  MISC                      S46 Comment:PHOENIX/ALCAZAR STOP 24
18:54:09  MISC                      S44A Comment:START UNITS FROM OTHER AREAS FOR PERIMETER PER S44A -4
18:54:14  ONSCN                     AIR1
18:54:43  *ONSCN   P5182/5182       752
18:54:54  MISC     P4649/PCAD31     S44A Comment:SENDING F223 F226 FOR A PERIMITER ..S24 -4
18:55:30  MISC     P4526/PCAD33     750 Comment:WILL MAKE A 76
18:55:44  MISC                      750 Comment:START MAKING ANNOUNCNTS TO CITIZENS
18:56:00  BACKER                    D434 UnitID:S44A Location:PHOENIX AV NE / MESILLA ST NE,ALB
                                    Operator:P4008 OperNames:DUBOIS,CHARLES
```

| Time | Action | Unit1 | Details |
|---|---|---|---|
| 18:56:07 | *BACKUP | P5156/5156 | 757 UnitID:750 Operator:P5156 OperNames:SANDOVAL,ALBERT |
| 18:56:15 | MISC | P4526/PCAD33 | AIR1 Comment:EXIT TO THE SHERATON 3 |
| 18:56:34 | CHGLOC |  | D434 Location:SHEATON |
| 18:56:54 | CHGLOC |  | D434 Location:PHOENIX AV NE / ALCAZAR ST NE,ALB |
| 18:57:00 | CLOS |  | D411 Location:SHERATON D411A |
| 18:57:13 | *MISC | P3306/3306 | BK47 Comment:AT CHAMA/PHOENIX |
| 18:57:30 | BACKER | P4526/PCAD33 | F226 UnitID:S46 Operator:P5430 OperNames:STAHR,TILLERY |
| 18:57:30 | BACKER |  | F223 UnitID:S46 Operator:P5437 OperNames:MARQUEZ,HECTOR |
| 18:57:40 | MISC |  | F226 Comment:LAST SEEN WB |
| 19:00:09 | MISC | P4343/PCAD30 | AIR1 Comment:STATE PD -4 ON FUEL DELIVERY TO THEIR HELIPAD |
| 19:00:10 | *ONSCN | P4008/4008 | D434 |
| 19:01:14 | MISC | P4526/PCAD33 | AIR1 Comment:MENAUL/ENTRANCE TO CHILS AND EAST OF CHILES |
| 19:01:20 | *ONSCN | P5249/5249 | BK48 |
| 19:01:35 | MISC | P4526/PCAD33 | AIR1 Comment:ENTRANCE ON THE ESIDE OF SHERATON |
| 19:02:01 | *ONSCN | P5367/5367 | 753 |
| 19:02:10 | MISC | P4526/PCAD33 | AIR1 Comment:MID BLK ON CHAMA SHOULD BE ABLE TO HANDLE ESIDE OF SHEATON |
| 19:03:35 | MISC |  | S46 Comment:STAGGGING MENAUL /ESPANOL SOUTH SIDE |
| 19:03:54 | MISC |  | S46 Comment:CONTACT PIO |
| 19:04:24 | MISC |  | S46 Comment:KILL ZONE WB MENAUL FROM MESSILL TO LOUISAINA AND WB AND EB FROM PHONEIX AND NORTH AND SOUTH |
| 19:04:48 | MISC |  | 750 Comment:CP WILL BE ESPANOLA/MENAUL |
| 19:05:24 | MISC | P4343/PCAD30 | 750 Comment:CP AT SIZZLER |
| 19:05:36 | MISC | P4526/PCAD33 | 750 Comment:AT THE SIZZLER |
| 19:06:06 | MISC |  | 750 Comment:APPROCACH WB FROM WYOMING |
| 19:06:08 | MISC | P4343/PCAD30 | S46 Comment:BCSO 10-4 TO 21 BACK IF THEY HAVE AVAIL UNITS TO 82 |
| 19:06:16 | CHANGE | P4526/PCAD33 | AreaC/Dist:NE-->EVT4 |
| 19:06:51 | MISC |  | AIR1 Comment:-3 K9 EAST OF THE CHILES DIRECTLYNORTH BLDG ON THE ESIDE SUBJ HIDDING IN THE BUSH BY A PU |
| 19:07:12 | MISC |  | AIR1 Comment:SOUTH SIDE FO THE BLDG FACING MENAUL SUBJ HIDING IN BUSH |
| 19:07:23 | MISC |  | 750 Comment:MENAUL /MESILLA STOP JUST NORTH OF THE INTERSECTRION |
| 19:07:31 | MISC | P4343/PCAD30 | AIR1 Comment:SUBJ W END OF PL |
| 19:07:40 | MISC | P4526/PCAD33 | AIR1 Comment:NORTH OF THE SIGN GRYISH PU TRUCK |
| 19:08:10 | MISC |  | AIR1 Comment:NOSE OF PU FACING NB |
| 19:08:11 | MISC | P3121/PCAD21 | Comment:RECV'D 21 FRM DANA WHITEHORN AT 307-5830 ADVING 31 MALE SUBJ WAS LSH NB ON SAN PABLO FRM MENAUL-- WMA SHAGGY HAI WEARING A TANK TOP OVER A GRY TEE SHRT AND LONG TWO-TONE BASKETBALL SHORTS |
| 19:09:03 | MISC | P4526/PCAD33 | AIR1 Comment:SUBJ TRYING TO MOVE |
| 19:09:05 | CONTCT |  | S46 AIR1 BK47 BK48 D334 D411 D413 D434 F223 F226 Contact:60 |
| 19:09:05 | CONTCT |  | F333 F412 F422 S44A 403 715 721 723 724 750 Contact:60 |
| 19:09:05 | CONTCT |  | 751 752 753 755 756 757 758 Contact:60 |
| 19:09:13 | MISC |  | F412 Comment:UNIT FUTHER NORTH ON CHAMA |
| 19:09:35 | MISC |  | AIR1 Comment:PHONEX /LA VEDA |
| 19:09:52 | XREF |  | Service:P Call:#P130641157 Type:76 Agency:APD |
| 19:10:02 | *ONSCN | P5430/5430 | F226 |
| 19:10:03 | INV | P3121/PCAD21 | S46 InvType:INVP Priority:1 Name:WHITEHORN, DANA |
| 19:10:30 | *BACKUP | P2611/MZ68 | 711 UnitID:750 Operator:P2611 OperNames:CARTER,RUSSELL |

```
19:10:41  *ONSCN   P5437/5437    F223
19:10:46  MISC     P4526/PCAD33  S44A Comment:WILL PU ALLEY WAY
19:10:58  MISC                   750 Comment:WB IN THE ALLEY ON THE WEST END FOR INCASE HE RUNS
19:11:14  MISC     P4343/PCAD30  S46 Comment:BCSO SENDING 2 UNITS TO 82 TO CP
19:11:21  MISC     P4526/PCAD33  750 Comment:LOCK THE FRONT ALL DOORS TO CHILS LOCKED DOWN
19:11:36  MISC                   AIR1 Comment:SUBJ IS RIGHT ON THE SWEST CORNER
19:12:07  *ONSCN   P3895/3895    723
19:12:21  MISC     P4526/PCAD33  AIR1 Comment:SUBJ ON THE SSIDE
19:12:24  MISC     P3121/PCAD21  Comment:CHILI'S 10-4 ALL DRS FRNT AND REAR LOCKED
19:12:26  ENRTE    P4526/PCAD33  711
19:12:36  MISC                   AIR1 Comment:CROSS FIRE WITH UNIT HOLDING 24 AT THE VALERO
19:12:59  CLEAR                  711 715 721 723
19:13:04  HOLD     P2635/PCAD20
19:13:10  *BACKUP  P2774/2774    754 UnitID:750 Operator:P2774 OperNames:WEIMERSKIRCH,SCOTT
19:13:24  MISC     P4526/PCAD33  AIR1 Comment:SUBJ BWTN PU AND BLDG
19:13:31  CLEAR                  724 750 751 752 753
19:14:10  CLEAR                  754 755 756 757 758
19:16:53  MISC                   AIR1 Comment:CONTACT CHILS LOCK THEM DOWN
19:17:52  MISC                   AIR1 Comment:CHECK CITY WIDE WINROCK MALL
19:17:55  MISC     P4343/PCAD30  S46 Comment:CHILIS 10-4 NO SUBJS TO LEAVE OR ENTER BUSN--MGR HAS
                                 LOCKED BUSN
19:18:14  MISC     P4526/PCAD33  AIR1 Comment:AS13 MAY NEED TO DEVERT TO WINROCK MALL
19:18:28  BACKER                 PS44 UnitID:AIR1 Operator:P4397 OperNames:FREELIN,ASHLEY
19:18:44  MISC                   PS44 Comment:CHAMA/MENAUL VALERO 21 THEM HAVE THEM LOCK DOWN
19:19:16  BACKER                 D412 UnitID:S46 Operator:P5203 OperNames:RUIZ,JOSE
19:19:17  CHGLOC                 D412 Location:SOUTH END OF CHAMA SOUTH OF MENUAL
19:19:52  MISC                   AIR1 Comment:SUBJ HAS LAID DOWN FURTHES WEST WINDOW HEAD TO THE EAST
                                 FEET TO THE WEST
19:20:31  MISC                   PS44 Comment:WINROCK MALL FOR FUEL
19:20:43  MISC                   AIR1 Comment:MEET WITH AS13
19:21:05  CLOS                   F226 Location:ESPANOLA ST NE / MENAUL BL NE,ALB
19:21:18  MISC     P4343/PCAD30  S46 Comment:VALERO AT 6920 MENAUL BL NE 880 8476--HAVE BUSN LOCKDOWN
                                 AT TURN OFF LIGHTS--BUSN 21 GOES TO FAX
19:23:05  *ONSCN   P5203/5203    D412
19:24:24  MISC     P4343/PCAD30  S46 Comment:ATTD 21 SEVERAL VALEROS TO GET BETTER 21 NEG 25 ALL 21S
                                 FAX OR 10-7
19:25:57  MISC     P4526/PCAD33  AIR1 Comment:COME FORM THE SOUTH TO THE NORTH ABQ UPTOWN AREA
19:26:56  MISC                   S44A Comment:EXIT DOOR COEVERD TO CHILS
19:28:21  MISC     P4343/PCAD30  S46 Comment:VALERO 21 883 5025
19:29:39  MISC                   S46 Comment:VALERO 6920 MENAUL BL 883 5025 --MARISSA MUDI EMPLOYEE
                                 10-4 TO LOCKDOWN BUSN AND TURN OFF LIGHTS
19:29:43  MISC     P3121/PCAD21  Comment:RECV'D 21 FRM LESLIE CALVERT AT 480-5775 7001 MENAUL BL NE--
                                 ADVING SHE CAN HEAR SOMEONE ON THE ROOF.. UNK IF 34S.. ADV'D TO STAY
                                 INSIDE.. DRS & WINDOWS LOCKED.. REQ TO ADV 34S OF NOISES SHE HEARD ON
                                 THE ROOF
19:30:15  INV      P4343/PCAD30  S46 InvType:INVP Priority:1 Name:MUDI, MARISSA
19:30:33  INV                    S46 InvType:INVP Priority:1 Name:CALVERT, LESLIE
19:30:37  *ONSCN   P4397/4397    PS44
```

| Time | Type | Unit | Detail |
|---|---|---|---|
| 19:30:49 | INV | P3121/PCAD21 | S46 InvType:INVP Priority:1 Name:CALVERT, LESLIE Comment:WORKING AT 7001 MENAUL NE-- HER 21: 480-5775 |
| 19:31:36 | MISC | P4343/PCAD30 | S46 Comment:LESLIE AT PETERSON PROPERTIES |
| 19:32:18 | MISC | P4526/PCAD33 | S46 Comment:IF SUBJ RUNS NORTH CHAMA WILL HAVE SUBJ CONTAINED |
| 19:33:32 | MISC | P4343/PCAD30 | S46 Comment:ADVD LESLIE AT PETERSON PROPERTIES 7001 MENAUL BL TO STANDBY IN A BACK OFFICE TIL ADVD FURTHER |
| 19:33:49 | CLOS | P4526/PCAD33 | PS44 Location:WINROCK |
| 19:35:19 | XREF | P2635/PCAD20 | Service:P Call:#P130641157 Type:76 Agency:APD |
| 19:35:31 | MISC | P4526/PCAD33 | AIR1 Comment:ATT TO FIND A JEWLERS BEAUCHMP |
| 19:36:03 | MISC | P4343/PCAD30 | S46 Comment:BEAUCHAMP & CO JEWELERS 7017 MENAUL BL NE 881 8939 |
| 19:36:11 | MISC | P4526/PCAD33 | S46 Comment:SUS WILL BE JUST EAST OF THE CHILI'S |
| 19:36:58 | MISC | P4343/PCAD30 | S46 Comment:BEAUCHUMP STORE HRS M-F 0930-1730 NEG ANSWER VM ONLY |
| 19:37:10 | MISC | P4526/PCAD33 | BK47 Comment:SEVERAL SUBJ COMING OUT THE EAST SIDE OF THE BLDG HAVE THEM LOCK IT DOWN 21 SHERATON |
| 19:38:42 | MISC | | AIR1 Comment:POSS SUBJ INSIDE THE PU |
| 19:39:03 | MISC | P2635/PCAD20 | Comment:*21'D SHERATON 881 0000 , ADVISED SHERATON SUBJS WERE SEEN LEAVING BY AIR1 , FROM THE EAST DOOR , SHERATON IS 10 4 TO SHUT/LOCK THE DOORS |
| 19:39:50 | MISC | P4343/PCAD30 | S46 Comment:POWER OF TOUCH MASSAGE DENISE DECKER & FRANK MURA LTD |
| 19:39:59 | MISC | P4526/PCAD33 | S46 Comment:MASSAGE 7200700 CPA 6812739 |
| 19:42:13 | CLOS | | F223 Location:VALERO Comment:VALERO IS SHUT DOWN AND ON LOCK DOWN |
| 19:45:01 | MISC | P4343/PCAD30 | S46 Comment:POWER OF TOUCH MASSAGE 7001 MENAUL BL 505 720 0700 --CLR IS JUSTIN MEYER IS OWNER ADVG UNK IF ANY EMPLOYEES ARE 56-- |
| 19:45:16 | HOLD | P2635/PCAD20 | |
| 19:46:06 | INV | P4343/PCAD30 | S46 InvType:INVP Priority:1 Name:MEYER, JUSTIN |
| 19:47:06 | ASSOC | AF530/FCAD01 | Service:F Call:#F130013493 Type:65A3 Agency:AFD |
| 19:49:40 | MISC | P4343/PCAD30 | S46 Comment:NEG LOCATE FOR FRANK MURA LTD |
| 19:50:11 | MISC | P4526/PCAD33 | S46 Comment:PER RTC33 ELECTRONICS CLINIC 2999110 IS AT 7001 MENAUL |
| 19:50:41 | MISC | | S46 Comment:PER RTC33 ALSO 2935500 JADE SOUTH WEST RELATORS AT 7001 MENAUL |
| 19:50:47 | MISC | P4343/PCAD30 | S46 Comment:NEG ANSWER FOR ELECTRONICS CLINIC 21 10-6 |
| 19:51:17 | MISC | P4526/PCAD33 | BK48 Comment:BK48 HAS FEM IN CUST |
| 19:51:26 | MISC | P4343/PCAD30 | S46 Comment:NEG ANSWER FOR JADE SW REALTORS 21 10-6 |
| 19:54:32 | MISC | P4526/PCAD33 | S46 Comment:IF SUBJ RUNS WEST IN THE ALLEY WAY ESIDE OF CHAMA THE SUBJ WILL BE CONTAINED OR NORTH ON CHAMA FROM TARGET BLDG THEY WILL BE ABLE TO STOP HIM |
| 19:55:18 | MISC | | AIR1 Comment:VEH WILL BE A DRK COLORED 4D PU WEST END OF THE LOT FACING THE BLDG TRUCK AND BLDG IN THE BUSH |
| 19:55:24 | *CHGLOC | P5437/5437 | F223 Location:VALERO FAR SS |
| 19:55:26 | *ONSCN | | F223 |
| 19:56:07 | MISC | P4526/PCAD33 | AIR1 Comment:PER RTC33 7001 ARCITRACTORS 8303125 |
| 19:56:22 | CONTCT | | S46 AIR1 BK47 BK48 D334 D411 D412 D413 D434 F223 |
| 19:56:22 | CONTCT | | F226 F333 F412 F422 PS44 S44A 403 |
| 19:56:45 | MISC | | S46 Comment:MEDIA WILL BE IN THE KILL ZONE ALLEY WAY BEHIND THE BROWN BLDG |
| 19:57:16 | MISC | | F412 Comment:STAGE MEDIA AT PENNSYLVANIA/MENAUL |
| 19:57:16 | MISC | P4343/PCAD30 | S46 Comment:NEG ANSWER FOR ARCITRACTORS GOES TO VM |
| 20:00:49 | TRANSP | P4526/PCAD33 | BK48 Location:TO CP |