Total distance: 387.45 ft (118.1 m)



PLAINTIFF'S EXHIBIT 2