# AFFIDAVIT

State of New Mexico )
                       )ss.
County of Bernalillo )

    I, DAVID DAWSON, being duly sworn upon oath state:

1. I am Manager of the Chili's Restaurant, located at 6909 Menaul Blvd. NE, Albuquerque, New Mexico.

2. I have worked at this location for _12_ years.

3. I am familiar with the layout of the restaurant and its points of entry and exit.

4. There are two (2) exterior doors to the restaurant, on the South and West sides.

5. There is one (1) interior door, which opens into a common hallway with other tenants.

6. The interior door is kept locked and alarmed at all times, and a key is necessary in order to open the door and access the common hallway.

7. When all of the doors to the restaurant are closed and locked, there is no access from any other part of the building into Chili's.

FURTHER AFFIANT SAYETH NOT.

SUBSCRIBED and SWORN before me this _12th_ day of June, 2015.

Notary Public: _Susan C Syring_

My commission expires: _5-4-19_

OFFICIAL SEAL
SUSAN C. SYRING
Notary Public
State of New Mexico
My Comm. Expires 5-4-19



PLAINTIFF'S EXHIBIT 5