# AFFIDAVIT

State of New Mexico )
                         )ss.
County of Bernalillo )

I, **Rob Carson**, being duly sworn upon oath state:

1. I am one of the owners of Oak Tree Café, currently located at 4545 Alameda Blvd., Albuquerque, New Mexico.

2. Prior to moving to our current location, we were located at 6909 Menaul Blvd. NE, Albuquerque, New Mexico.

3. Oak Tree Café was located at 6909 Menaul Blvd. NE on March 5, 2013.

4. I am personally familiar with the hours of operation, layout, and points of entry and exit of the café as it was operated at the 6909 Menaul Blvd. location.

5. Our hours of operation at that location were 10:00 a.m. to 3:00 p.m.

6. We were closed at the time of the shooting that occurred on March 5, 2013.

7. Oak Tree Café at that location had a back entrance which opened into a common hallway used by other tenants of the building. The door opening into that common hallway from inside our cafe was kept closed and locked.

8. Chili's also had a door that accessed the common hallway, however it was locked and we had no way to get in to Chili's from that hallway.

FURTHER AFFIANT SAYETH NOT.

                                                                           Rob Carson

SUBSCRIBED and SWORN before me this 9th day of June, 2015.

Notary Public: Susan C Syring

My commission expires: 5-4-19

OFFICIAL SEAL
SUSAN C. SYRING
Notary Public
State of New Mexico
My Comm. Expires 5-4-19



PLAINTIFF'S EXHIBIT 6