

### The Lenco BearCat®

Lenco trucks can be used in a variety of missions. The BearCat, our best selling truck, may be used as a S.W.A.T. or Military Counter Attack and Rescue Vehicle and is often used in hostile Urban Environments or as a Patrol/Reaction Vehicle on a Military Base. The BearCat, with its standard NIJ IV armor and 4WD system, can carry up to 10 people through varying terrain. The BearCat has been embraced by several DoD and DoE Security Forces and, because of its affordability, low maintenance expenses, ease of use and superior armor level, is increasingly the replacement vehicle of choice for up-armored Humvees. It may also be equipped with our optional Mechanical Rotating Turret with Cupola (Tub) and Weapon Ready Mounting System, suitable for the M60, 240B and Mark 19 weapons system.



### The Lenco BEAR®

The BEAR, our original workhorse unit, is armored to the same NIJ IV Level and can be used in a similar manner as the BearCat. Its larger size and payload capacity allows it to move more gear and personnel. The BEAR is commonly used to replace APCs or large SWAT Vans. It can seat up to 15 team members and can be used for evacuations of 30 or more individuals. It has significant ramming power, especially when ordered with the optional 4WD system.



PLAINTIFF'S EXHIBIT 7

Pro Shop    Grant Help    Pres

MILITARY

LAW ENFORCEMENT

INTERNATIONAL



Home > About

# ABOUT

Lenco Armored Vehicles is the leading designer and manufacturer of armored police vehicles for Law Enforcement Agencies and State Police and Sheriff's Department SWAT teams. Lenco also manufactures armored military vehicles for International Police Forces, the US Army, US Navy, US Air Force and US Marines. We are also a supplier to the US Department of Defense, Department of State, Department of Energy, FBI and other high-profile government agencies.

Since 1981 Lenco has produced nearly 5,000 vehicles in over 40 countries around the world. Our tactical, armored response and rescue vehicles have driven into the Kill Zone and have defeated high caliber assault weapons, mortar frag, grenades and IED attack. Lenco's line of tactical SWAT, M-ATV and MRAP vehicles are used for National Defense, Counter Terrorism and Homeland Security, as well as Private Security Details in Iraq and Afghanistan.

Lenco developed its core line of tactical armored vehicles in response to customer-driven requirements for commercial alternatives to military surplus armored vehicles, up-armored Humvees and underperforming armored SUVs. Our product line includes the BEAR® and BearCat®, with variants of each vehicle for MRAP and M-ATV applications, VIP protection, TEMS response and rescue, Bomb / EOD and Anti-Riot.

Lenco armored vehicles are built on heavy-duty commercial truck chassis platforms. This allows for warranty covered repairs, maintenance service, and parts replacements on the vehicle chassis at any number of OEM dealers, truck centers and retail parts stores. Over a five-year period, the savings in maintenance costs alone often pays for the cost of a Lenco armored vehicle over other non-commercial, specialized military vehicles.

Lenco armored trucks are built with Mil-Spec steel armor plate certified to defeat multi-hit attacks from 7.62 AP / .50 Cal BMG, while ceilings and floors provide enhanced blast and fragmentation protection. Our ballistic glass windows offer the same multi-hit defeat as well as providing superior clarity. Lenco armored vehicles are supplied with a long list of standard equipment and available options designed to meet mission specific requirements.

We invite you to explore our website and learn more about our vehicles. Qualified individuals will receive access to our specifications, product reviews and reference pages. We look forward to working with your agency and answering any questions you may have.