ALBUQUERQUE POLICE DEPARTMENT
# SUPPLEMENTARY OFFENSE REPORT*

Page 1

OFFENSE: Officer Involved Shooting  CASE NO. 13-020344
OFFENSE LOCATION: 7116 Menaul Blvd NE
VICTIM: State of New Mexico

## CRIMINALISTICS MAJOR CRIME SCENE REPORT

**Tuesday, March 5, 2013**

At 2040 hours, I was dispatched to 7116 Menaul Blvd NE in reference to an officer involved shooting. Upon arrival I met with Detective L. Martin and Sergeant K. Johnson who assisted with the crime scene investigation.

**Criminalistics Personnel:**

Detective R. Vanderlip
Detective L. Martin
Detective C. Stuart
Detective N. Render
Detective C. Oneil
Sergeant K. Johnson
Lieutenant A. Gonzales

**Violent Crimes:**

Detective J. Morales
Detective A. Ortiz
Sergeant E. Thomson

**Weather:**

The weather conditions for March 5, 2013, at approximately 2152 hours, as recorded by the National Weather Service, were as follows: temperature 50 degrees, humidity 25%, barometric pressure 30.16 and falling, wind was calm, and the skies were cloudy.

**Briefing Information** By Sergeant S. Frick and followed by Sergeant E. Brown @ 2141 hours:
*(The following contains statements relayed by officers based upon their preliminary investigation. Additional information may be obtained through the course of the investigation that could support or oppose these statements.)*

On March 5, 2013, at approximately 1808 hours Sergeant Frick was dispatched to the "Music Go Round" business located at 7116 Menaul Blvd NE reference a female attempting to sell a musical instrument that had been reported stolen. Further information advised that there was a black pick-up truck parked in front of the business occupied by two males. The occupants of the truck were described as selling stolen musical instruments the day prior. Sergeant Frick advised he arrived at the listed location and pulled behind this pick-up truck. Sergeant Frick described the vehicle as possibly being a black colored Chevrolet S-10 with rear end damage. As Sergeant Frick initiated his emergency equipment, the front passenger of the vehicle exited and began to run. Sergeant Frick identified himself as a police officer and ordered the subject to stop but the subject

---

*This form is for additional narrative information only. Any additional persons, property, change of status, etc., must be submitted upon the appropriate ACOPS supplement form to update the computer file.

| | | | | |
|---|---|---|---|---|
| INVESTIGATING OFFICER: | Detective Ross Vanderlip | 4011 ID NO. | DATE | 6/10/2013 |
| REVIEWING OFFICER: | Sergeant Keith Johnson | 2237 ID NO. | DATE | 6/10/2013 |

P111528
(REVISED 6/83)

PLAINTIFF'S EXHIBIT 9

ALBUQUERQUE POLICE DEPARTMENT
# SUPPLEMENTARY
# OFFENSE REPORT*

OFFENSE  Officer Involved Shooting   CASE NO.  13-020344

OFFENSE LOCATION   7116 Menaul Blvd NE

Page 11          VICTIM   State of New Mexico

located on the northeast corner of the Oak Tree Café threw a tactical distraction device in the direction of Parrish. While Parrish was near the middle of Chama St NE, Officer Aragon fired his .308 Winchester caliber rifle for a second time, possibly grazing the inside of Parrish's calf.
- Statements given by officers on scene.
- Two casings (c-2, c-3) were on the sidewalk just below where Officer Aragon was positioned.
- A grazing wound was located on the inside of Parrish's right calf.
- An impact (i-1) was located on Chama St, just north of the black Toyota Camry and could have had the trajectory from the second shot Officer Aragon fired.
- A used tactical distraction device (m-2) and the spoon (m-3) to the device with the serial number of 1069398 were located on Chama St.
- Video from the Air Unit that captured the incident.

Parrish continued to run in a western direction towards the entrance of the Oak Tree Café where he jumped into the glass window. After he struck the glass window, Parrish fell to the ground, facing the containment team and Officer Sedler located just north of Parrish. Parrish was still holding the revolver in his right hand and had it pointing in the direction of the containment team. Officer Sedler fired three shots from his .223 Remington caliber rifle which struck Parrish three times.
- Statements given by officers on scene.
- Statements given to detectives by Officer Sedler.
- Three .223 Remington caliber casings (c-4, c-5, c-6) were located near the northeast corner of the building, which is where the containment team and Officer Sedler were positioned.
- Parrish had an entrance gunshot wound to his upper left chest in which a deformed bullet (p-101) was recovered from his right mid chest with the weight of fifty-six grains. He had an entrance gunshot wound to his right lower leg that exited the left lower leg where the bullet possibly reentered his body through the back of his right thigh where a deformed bullet (p-102) was recovered from right femoral shaft with the weight of fifty grains. He had an entrance gunshot wound to the inside of his left thigh that exited through the inside of his left thigh and possibly reentered his body through his left upper quadrant of the abdomen where a deformed bullet (p-100) was recovered from his left eight rib with a weight of 52 grains.
- Three bullets (p-100, p-101, p-102) were recovered from Parrish's body and ranged between 50 to 56 grains in weight, which is consistent with a .223 caliber bullet.
- A bullet fragment (p-104) was recovered from Parrish's body with the weight of 3.4 grains.
- Video from the Air Unit that captured the incident.

* This form is for additional narrative information only. Any additional persons, property, change of status, etc., must be submitted upon the appropriate ACOPS supplement form to update the computer file.

| | | | | |
|---|---|---|---|---|
| INVESTIGATING OFFICER: | Detective Ross Vanderlip | 4011 | DATE | 6/10/2013 |
| | | ID NO. | | |
| REVIEWING OFFICER: | Sergeant Keith Johnson | 2237 | DATE | 6/10/2013 |
| | | ID NO. | | |

P111528
(REVISED 6/83)