ALBUQUERQUE POLICE DEPARTMENT

———————————————

RE:            CASE #13-020344
INTERVIEW OF:  OFC. JAMES PERDUE
DATE TAKEN:    MARCH 6, 2013
TIME:          3:03 P.M.
BY:            DET. ANDREA ORTIZ
               AGT. JEFF SMITH
ALSO PRESENT:  MR. JOHN D'AMATO



PLAINTIFF'S EXHIBIT 10

1  that a truck was parked.
2      DET. ORTIZ: Okay.
3      JAMES PERDUE: Of all the vehicles in that area,
4  I only saw one truck. It was a dark gray colored
5  pickup truck. And I took a look at it. And really,
6  my vision was obscured down low. And that's when I'm
7  laying on my stomach. So I'm low, and there's
8  parking, concrete barriers, there's the trailer
9  itself. It -- I just (inaudible). I considered
10 getting on top of the building --
11     DET. ORTIZ: Okay.
12     JAMES PERDUE: -- however, I thought, I'm going
13 to check the west side of the building first. So I
14 traveled south and then west through the alley behind
15 the business, and then I -- as I came around the
16 corner, it was going to be just a little bit south of
17 Menaul, east of Chama, I notice that there's a police
18 car parked on the south side of Menaul in the middle
19 of Chama Street blocking traffic. It was a marked
20 white police car, the lights were on, and there was
21 an officer outside of his car maintaining his
22 position there with some type of firearm. And it was
23 a long barrelled firearm.
24     DET. ORTIZ: Okay.
25     JAMES PERDUE: So I looked northward, I don't

1   And so while I'm in position, I'm constantly
2   assessing what I can do or where I should be, the
3   minor adjustments that it's going to take me to
4   effectively perform my duties (inaudible) just
5   observing the area and providing up-to-date
6   information for the team and the command post. So
7   I -- I take my left hand and I pull on my backpack.
8   And my rifle is resting on the backpack.
9       DET. ORTIZ: Uh-huh.
10      JAMES PERDUE: I am grasping my rifle with my
11  right hand on the grip. As I pull to the rear, just
12  to move myself, again, I'm flat on the ground, I -- I
13  put pressure on the safety, and I -- I heard the
14  safety and I felt the -- well, I felt the safety go
15  forward, and I felt almost I guess the vibration, is
16  probably the best way to say it, the mechanical
17  vibration. In that same moment, my index finger and
18  my middle finger on my right hand, they were placed
19  on the -- well, what I believed to be either along
20  the frame or the trigger guard. And my -- those two
21  fingers popped off and entered the trigger well, I
22  guess, inside the trigger guard, and striking the
23  trigger on my rifle. And, of course, the rifle
24  discharged.
25      Now, while I was doing this, I was -- had a