ALBUQUERQUE POLICE DEPARTMENT
**SUPPLEMENTARY OFFENSE REPORT**

OFFENSE: Aggravated Assault on a Peace Officer

OFFENSE LOCATION: 7116 Menaul NE

VICTIM: State of New Mexico

Case No. 13-020344

March 5, 2013 at approximately 2309 hours

Detective G. Stone conducted a formal interview with Officer R. Tosta #3268 (Albuquerque Police Department) in reference to this incident (interview conducted at the scene). Officer Tosta provided the following information: Officer Tosta responded to 7116 Menaul NE Albuquerque, New Mexico in reference to an officer assistance call.

Upon arrival, Officer Tosta observed Sergeant S. Frick #2828 involved in a foot chase with a male individual. Officer Tosta advised Sergeant Frick and the male individual were running westbound in front of the shopping center located at the listed address. Officer Tosta observed the male individual climbing a wooden fence in between the businesses located at 7116 Menaul NE and 7108 Menaul NE Albuquerque, New Mexico.

Officer Tosta positioned his marked police vehicle on the west side of the business located at 7108 Menaul NE (in the alley way behind the business). Officer Tosta observed the male individual running westbound on the rooftop of the business located at 7108 Menaul NE and towards his position. Officer Tosta yelled at the male individual, which made him change directions and the male individual started running northbound on the rooftop and out of sight. After losing sight of the male individual, Officer

| INVESTIGATING OFFICER | J. Morales | Homicide Unit | ID# 2305 | Date 07/09/13 |
| APPROVING OFFICER | E. Thomson | SGT Homicide Unit | ID# 2702 | Date 07/09/13 |

20


PLAINTIFF'S EXHIBIT 11

Tosta heard Sergeant Frick say (via radio) the male individual was "armed."

Sergeant Frick chased the male individual until he lost sight of him in the area. Officer Tosta utilized his marked police vehicle to establish a perimeter in the area where the individual was last seen. It should be noted; Officer Tosta did not see the individual with a handgun.

This concluded the recorded interview with Officer R. Tosta. For complete details, refer to the recorded interview tagged into evidence.

INVESTIGATING OFFICER  J. Morales           Homicide Unit       ID# 2305   Date 07/09/13
APPROVING OFFICER   E. Thomson              SGT Homicide Unit   ID# 2702   Date 07/09/13