**Page 1**

TRANSCRIPT OF RECORDING

CD LABELED:
Dennison Estate
130641096 7116 Menaul NE 10-31
1808 to 2030 APD #2670 3/18/2015
COMPRESSED WITH 911 CALL

**Page 2**

(Track 1)
   DISPATCH: Albuquerque Police, Operator 4440. How can I help you?
   MO: Yeah, we have -- I work at Music Go Round at 7116 Menaul.
   DISPATCH: Okay.
   MO: And we have a lady who just walked in with some gear that was reported stolen earlier to us today.
   DISPATCH: Okay. Was she trying to sell it back or what was she doing with it? Do you know?
   MO: We're current -- she's currently trying to sell it to us and it belongs to someone else. Actually an officer was here today, Officer Bruchell, I think.
   DISPATCH: Okay. And what's the name of the business? I'm sorry.
   MO: It's Music Go Round.
   DISPATCH: Music Go Round? Okay.
   MO: And it's 7116 Menaul.
   DISPATCH: Okay. And she's still in the store?
   MO: Yeah, we're playing along that we're looking it up while you guys get here.
   DISPATCH: And what does she have?

**Page 3**

   MO: She has an accoustic bass and a banjo. The other two items we recovered from another guy that was trying to sell them yesterday and more of the stuff coming in slowly. So, yeah, she's just in possession of stolen merchandise.
   DISPATCH: Okay. Just stay on the phone with me, okay? And so she's just trying to sell it back to you?
   MO: She's just trying to sell it to us. It was never ours. It belongs to someone else.
   DISPATCH: Okay.
   MO: But the owner reported the stuff stolen to us this morning.
   DISPATCH: Okay. And your name?
   MO: Mo, M-O.
   DISPATCH: And you're calling from 615-7950?
   MO: That's my cell.
   DISPATCH: Okay. And what race is she?
   MO: She's Hispanic or Native. I would say she's Hispanic.
   DISPATCH: About how old?
   MO: I would say she's in her 40s, maybe early 40s.
   DISPATCH: How tall is she?

**Page 4**

   MO: Let's call it five-four, five-five.
   DISPATCH: Is she heavy, thin, medium build?
   MO: Just regular. Yeah, she's not -- she's not heavy, she's not thin.
   DISPATCH: Okay. And what color hair?
   MO: Black.
   DISPATCH: And what is she wearing?
   MO: Looking like just a gray tank top.
   DISPATCH: Okay.
   MO: Like -- yeah, like a gray tank top.
   DISPATCH: And what color pants?
   MO: I can't tell from here. Do you want me to go up and look?
   DISPATCH: No, that's fine.
   MO: Yeah, I can't tell on the camera. She's behind a counter.
   DISPATCH: No problem. Was she -- did she come in a vehicle, do you know?
   MO: I do not know.
   DISPATCH: Okay. Just stay on the phone with me, okay? We're going to get officers en route out there. And you don't know if anybody is with her?
   MO: I don't know if there's anybody outside. The guy that came yesterday had a

PLAINTIFF'S EXHIBIT
14

Page 61

```
 1     OFFICER: 710 to Frank 412.
 2     OFFICER: Go ahead, sir.
 3     OFFICER: Are you going to be east of
 4  Chama but north of the Beauchamp Jewelry?
 5     OFFICER: I'm on Chama. My car is covered
 6  fairly (inaudible).
 7     OFFICER: You're way too low on volume.
 8  Can you 10-9, please.
 9     OFFICER: I'm on Chama across from the
10  target 20 deployed with a (inaudible).
11     OFFICER: 710 to 753.
12     OFFICER: 753. Go ahead.
13     OFFICER: 53, can you guys observe the
14  field unit that's holding that position across from
15  you on Chama?
16     DISPATCH: PD, Sam 46.
17     OFFICER: Sam 46.
18     DISPATCH: PD advise who has the female in
19  custody? 701 is asking.
20     OFFICER: Mike (inaudible) does. I'm --
21  my vehicle is 56 with him. He's (inaudible).
22     OFFICER: 52, 710. We're not observing
23  any field units.
24     OFFICER: He's over here by the marked
25  unit.
```

Page 62

```
 1     OFFICER: Chama and Menaul, south side.
 2     OFFICER: Okay. Is he going to be in our
 3  inner perimeter, 722?
 4     OFFICER: He's right there on the edge of
 5  it, that's correct.
 6     OFFICER: All right. Can I put a couple
 7  of tactical officers where he's at to stop any
 8  movement might take?
 9     OFFICER: I think (inaudible) just
10  disengage altogether if we bolster the guy on the
11  west side of Chama and Menaul.
12     OFFICER: 10-4.
13     710 to Frank 412. Are you 10-4? Can you
14  move out of there safely and back to the command
15  post?
16     OFFICER: 10-4. En route.
17     OFFICER: 19 to 10. So you know, I'm 56
18  with 23 and that team.
19     OFFICER: Air 1 to CP. Are you moving
20  that guy that over by the Valero?
21     OFFICER: 10-4. It's the unit by the
22  Valero.
23     OFFICER: Any way we can leave that
24  vehicle there and have him safely move out and leave
25  the vehicle there? I believe it's using as a
```

Page 63

```
 1  deterrent at this point, because he can see those
 2  police lights. If we move it, he may try to move.
 3     OFFICER: 2412 is 10-4. I'm walking away.
 4     OFFICER: 15 to 10. I'm set with the team
 5  on Chama and Menaul.
 6     OFFICER: Last unit?
 7     OFFICER: 15, and I'm 56 with my team at
 8  Chama and Menaul.
 9     OFFICER: 10-4.
10     10 to 53. So if suspect comes out into
11  the alleyway and runs west on the east side of
12  Chama, would you guys be able to handle it?
13     OFFICER: Yeah, that's 10-4, sir. And if
14  he runs north on Chama from the target building,
15  we'll be able to stop him as well.
16     OFFICER: 18 to 10.
17     OFFICER: Go ahead for 10.
18     OFFICER: I (inaudible) the rooftop at
19  Chili's. Can you give me a description of the
20  vehicle he's between.
21     OFFICER: Air 1 to that unit. When you
22  get there, it's going to be pickup truck on the west
23  end of the lot. It's right on the southwest corner
24  of the building. It's dark colored, four door
25  pickup truck, facing the building. Subject is
```

Page 64

```
 1  between the truck and building in a bush.
 2     OFFICER: 10-4. 18 56.
 3     OFFICER: (Inaudible) 14 to 58.
 4     OFFICER: Go ahead.
 5     OFFICER: Hey, so if he runs west on
 6  Menaul, can you take him?
 7     OFFICER: 10-4.
 8     OFFICER: Air 1 to 750.
 9     OFFICER: Go ahead.
10     OFFICER: Okay, I see the Bearcat arrived.
11  It just -- heads-up, about 30 minutes of gas on this
12  (inaudible). Then we would have to break contact.
13     OFFICER: 10-4. We're putting a plan
14  together to 25 him here shortly.
15     OFFICER: 710 to field supervisor in
16  charge.
17     OFFICER: Sam 46.
18     OFFICER: Sam 47. Can I get you to send a
19  couple of your guys. I'm going to have media that
20  is going to be in our kill zone inner perimeter, are
21  going to be in the alleyway behind the brown
22  building, which is the (inaudible) building.
23     OFFICER: 10-4. Sam 46 (inaudible) 422.
24     OFFICER: 2412, PD. I'll take care of it.
25  I know where they're at.
```

**65**

1  DISPATCH: 10-4.
2  OFFICER: Thank you, sir.
3  OFFICER: 2412, Sam 46. Where do you want
4  them staging?
5  OFFICER: Go ahead and have them stage at
6  Pennsylvania and Menaul.
7  OFFICER: 10-4.
8  OFFICER: Where would you like the media
9  staged?
10  DISPATCH: Advise Pennsylvania and Menaul.
11  OFFICER: 10-4.
12  OFFICER: Adam 1013 to Air 1. 56 south
13  side Winrock.
14  OFFICER: All right. We've got about 30
15  minutes left. Do you need us to establish something
16  and then be ready for us. We might have to come in
17  hot.
18  OFFICER: 10-4.
19  DISPATCH: PD to 403.
20  OFFICER: Go ahead for 403.
21  DISPATCH: 10-4. PD 21 L.T. Swanson,
22  clear to copy.
23  OFFICER: Go ahead.
24  DISPATCH: 228-0044.
25  OFFICER: 10-4.

**66**

1  OFFICER: Air 1 to the CP. You got 43
2  staging at Louisiana and Menaul, northeast corner.
3  OFFICER: 710 to 718.
4  OFFICER: 718.
5  OFFICER: Hey, do you have visual of the
6  individual?
7  OFFICER: Negative. I'm up but I think
8  he's pretty tucked in that bush. I haven't caught
9  sight of him yet.
10  OFFICER: Okay, 10-4.
11  OFFICER: (Inaudible), PD.
12  DISPATCH: Go ahead.
13  OFFICER: (Inaudible) team (inaudible)
14  with the CP.
15  DISPATCH: (inaudible) team is where?
16  OFFICER: (Inaudible).
17  DISPATCH: 10-4.
18  OFFICER: 722 to 718.
19  OFFICER: 18.
20  OFFICER: Hey, I'm going to favor the east
21  side of that truck if you can kind of favor that
22  west.
23  OFFICER: Yeah, that's 10-4. That's all I
24  have, is the west side.
25  OFFICER: 14 to Air 1.

**67**

1  OFFICER: Go ahead for Air 1.
2  OFFICER: Sir, is he still oriented east
3  or west.
4  OFFICER: Yeah. Best I can tell, he has
5  not moved his position. Head still appears to be on
6  the east side, feet towards the west side, just
7  laying east and west right in front of that truck.
8  OFFICER: 10-4.
9  OFFICER: (Inaudible) PD for all tactical
10  unit. The south facing (inaudible) on Menaul will
11  be considered side 1. So 22, you have side 1.
12  OFFICER: 722's 10-4.
13  OFFICER: Air 1 has got to break off
14  target for a minute for aircraft.
15  OFFICER: 722, CP. Hey, that's going to
16  be an AD.
17  OFFICER: 10-4, 22. (Inaudible). 22, are
18  you able to give me a 21.
19  OFFICER: That's negative, sir.
20  OFFICER: Okay. Is everybody 10-4 on the
21  perimeter?
22  OFFICER: 575 on the east 2-3 side, we're
23  10-4.
24  OFFICER: 3-4 corners, 10-4.
25  OFFICER: 10-4. 10 to 22. That's going

**68**

1  to be an AD from the suspect?
2  OFFICER: That's negative. It's going to
3  be (inaudible) -- it's going to be an AD for me. It
4  was not going to be in the direction of the suspect.
5  He got pulled to the east.
6  OFFICER: Down low.
7  OFFICER: All right. 10-4.
8  OFFICER: 750 to Air 1.
9  OFFICER: Go ahead.
10  OFFICER: Your ETA to get back airborne?
11  OFFICER: I'm flight north of the
12  controller now, trying to get in there. It's
13  pulling on the runway now, so hopefully, fast.
14  OFFICER: 10-4. We're trying to force him
15  into action at this point, so as quickly as you can
16  get back, that will be good.
17  OFFICER: Yeah, we're trying to express
18  that to them.
19  DISPATCH: PD to 720.
20  OFFICER: Who are you calling, PD?
21  DISPATCH: 720.
22  OFFICER: Absent. 710. What do you have?
23  DISPATCH: That's 10-4, 710. Can you
24  switch to -- or to call Radio Control or switch to
25  SWAT air.