IN THE UNITED SATE DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

CHARLOTTE INGRAHAM, *as personal representative
of the Estate of Parrish Denison*,

    Plaintiff,

    v.                                         Case No. 15-cv-308 SCY/KBM

CITY OF ALBUQUERQUE, *et al.*,

    Defendants.

## PARTIAL SUMMARY JUDGMENT

In accordance with the Memorandum Opinion and Order entered herewith (*Doc. 34*), Plaintiff's claims against Defendant Anthony Sedler are dismissed with prejudice and Plaintiff's Fourth Amendment claims and Plaintiff's false arrest and false imprisonment claims against Defendant Francisco Aragon are dismissed with prejudice.

_____
STEVEN C. YARBROUGH
UNITED STATES MAGISTRATE JUDGE